## Studio B Posters (Louis)

**From:** Joseph Charron <charron_design@yahoo.com>
**Sent:** Thursday, May 19, 2022 10:58 PM
**To:** Studio B Posters (Louis)
**Subject:** Re: Follow up
**Attachments:** Screenshot 2022-05-19 at 22-54-14 bigfoot art print - Google Search.jpg

Hi Louis,

The shark shakedown is a scam. The photographer does`nt own the shark. The photographer`s photo was not made into a poster. That`s like saying everyone of the images in the market depicting BIGFOOT is an infringement because the subject and pose was used.(see attached image)

Cheers!
Joseph

Joseph Charron

The information in this email and any files transmitted with it are confidential and the contents are not to be disclosed to anyone other than the individual or entity to whom they are addressed, except with the authority of the addressee.
The opinions expressed within this email represent those of the individual and not necessarily those of CHARRON DESIGN. If received in error please advise the sender and delete from your system.

Integrity is the essence of everything successful.
Bucky Fuller


On Thursday, May 19, 2022, 08:03:14 PM EDT, Studio B Posters (Louis) <studio.b@neohio.twcbc.com> wrote:


Hi Joe,


We have been busy with gathering advice on how to handle this "Shark Breach" licensing issue I talked with you about and forwarded you documents on.    All the advice we were given is that this is a very knowledgeable law firm and that not responding as you suggested, would not be good.